IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, FLCA,<br><br>           Plaintiff,<br><br>     vs.<br><br>MARK OPP,<br><br>           Defendant. | 8:12CV382<br><br>MEMORANDUM AND ORDER |

A preliminary injunction hearing is scheduled for December 10, 2012. However, the defendant has moved to change venue to the United States District Court for the District of South Dakota, Northern Division. (Filing No. 13). The venue issue should be decided before the court convenes a preliminary injunction hearing.

Accordingly,

IT IS ORDERED:

1)     The plaintiff's response to the defendant's motion to change venue, (Filing No. 13), shall be filed on or before November 27, 2012.

2)     No reply shall be filed absent leave of the court for good cause shown.

November 19, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge