# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FARM CREDIT SERVICES OF AMERICA, FLCA,

      Plaintiff,

v.

MARK OPP,

      Defendant.

Case No. 8:12-cv-00382

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER IS BEFORE THE COURT upon the parties' Notice of Dismissal. Upon being informed in the premises, the Court finds that the requested Order should be entered.

WHEREFORE, IT IS ORDERED the above-referenced action should be and hereby is dismissed without prejudice, each party to pay their own costs and attorney fees, the Preliminary Injunction issued on February 4, 2013 is hereby dissolved and the $100,000 bond is hereby released.

DATED this 20th day of May, 2013.

                                                /s/ James K. Strom
                                    UNITED STATES DISTRICT COURT JUDGE

| Prepared and Submitted by: | Approved as to form and content: |
|---|---|
| Christopher R. Hedican (NE# 19744)<br>BAIRD HOLM LLP<br>1500 Woodmen Tower<br>1700 Farnam St.<br>Omaha, NE  68102-2068<br>Phone: 402-344-0500<br>Fax: 402-344-0588<br>Email:  chedican@bairdholm.com<br>Attorneys for Plaintiff<br>DOCS/1176376.1 | Thomas M. White (NE# 17452)<br>WHITE & JORGENSEN<br>Douglas Building, Suite 310<br>209 S. 19th St.<br>Omaha, NE  68102-2068<br>Phone: 402-346-5700<br>Fax: 402-346-5999<br>Email: twhite@whitejorgensen.com<br>Attorneys for Defendant |